AO 256 (Rev. 2/86)

# CRIMINAL DOCKET U.S. District Court

| | |
|---|---|
| PO ☐ | 0102_01_0208 |
| Misd. ☐ | |
| Felony ☒ District Off Judge/Magistr. | |

U.S. vs. FARRIS, Randal K. d/b/a Action Consultants

Case Filed: 8/06/93
No. of Def's: 6
Docket No. 93-00047

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS |
|---|---|---|
| 18:371 | Conspiracy to Commit Mail Fraud & Wire Fraud (Ct 1)   18 371-4700 | 1 |
| 18:1343 | Wire Fraud (Cts 2-37)   18 1343-F | 36 |
| 18:1341 | Mail Fraud (Ct 38)   18 1341-F | 1 |

## IV. ATTORNEYS

**US Attorney**
Jean Weld, AUSA
US Atty's Office
PO Box 480
Concord, NH
225-1552

**Deft's Counsel**
Gary S. Lenehan
85 Brook Street
Manchester, NH 03104
668-8300

Defense: 2 ☒ Ret.

AO 256 (Rev. 2/86)

| | | |
|---|---|---|
| CRIMINAL DOCKET | U.S. vs TUSIA, Joseph B., Jr. a/k/a David Beatrice a/k/a Dave Thomas | Case Filed 8/06/93  No. of Def's 6  Docket No. 93-00047 |

PO ☐ 0102_01_0208 Assigned
Misd. ☐ Disp./Sentence
Felony ☒ District Off Judge/Magistr.

☐ WRIT  ☐ JUVENILE  ☐ ALIAS  ☐ OFFENSE ON INDEX CARD

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS |
|---|---|---|
| 18:371 | Conspiracy to Commit Mail Fraud & Wire Fraud (Ct. 1) | 1 |
| 18:1343 | Wire Fraud (Cts 2-37) | 36 |
| 18:1341 | Mail Fraud (Ct 38) | 1 |

## II. KEY DATE

INTERVAL ONE — KEY DATE — EARLIEST OF: ☐ arrest ☐ sum'ns ☐ custody ☐ appears—on complaint

END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL) — KEY DATE — APPLICABLE: ☐ Indictment filed/unsealed ☐ consent to Magr. trial on complaint ☐ Information ☐ Felony-W/waiver

KEY DATE: a) ☐ 1st appears on pending charge /R40  b) ☐ Receive file R20/21  c) ☐ Supsdg: ☐ Ind ☐ Inf  d) ☐ Order New trial  e) ☐ Remand f) ☐ G/P Withdrawn

END INTERVAL TWO — KEY DATE — APPLICABLE: ☐ Dismissal ☐ Pled guilty ☐ Nolo ☐ Trial (voir dire) ☐ Jury ☐ N.J.

1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | ☐ PTD ☐ Nolle ☐ Pros. | FINAL CHARGES DISMISSED ☐ on S.T. grounds ☐ W.P. ☐ WOP

### III. MAGISTRATE

Search Warrant: Issued / Return
Summons: Issued / Served
Arrest Warrant Issued
COMPLAINT ▶
Date of Arrest
OFFENSE (In Complaint)

INITIAL APPEARANCE DATE ▶
PRELIMINARY EXAMINATION OR REMOVAL HEARING: Date Scheduled ▶ / Date Held ▶
☐ WAIVED ☐ NOT WAIVED  Tape Number
☐ INTERVENING INDICTMENT

OUTCOME:
☐ DISMISSED
☐ HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT
☐ HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW

RULE ☐ 20 ☐ 21 ☐ 40

## IV. ATTORNEYS

Defense: 1 ☐ CJA  2 ☐ Ret.  3 ☐ Waived  4 ☐ Self.  5 ☐ Non/Other.  6 ☐ PD.  7 ☐ CD

US Attorney
Jean Weld, AUSA
US Atty's Office
PO Box 480
Concord, NH
225-1552

Deft's Address

Deft's Counsel

BAIL • RELEASE
PRE INDICTMENT
Release Date
☐ Bail Denied
AMOUNT SET $
Date Set
☐ Bail Not Made
Date Bond Made

POST-INDICTMENT
Release Date
☐ Bail Denied
AMOUNT SET $
Date Set
☐ Bail Not Made
Date Bond Made

FINE AND RESTITUTION PAYMENTS | Docket Entries Begin On Reverse Side
DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER

APPEALS FEE PAYMENT

AO 256 (Rev. 2/86)

## CRIMINAL DOCKET — U.S. District Court

PO 0102 01 0208
Assigned / Disp./Sentence
Misd. ☐
Felony ☒ District Off Judge/Magistr.

☐ WRIT
☐ JUVENILE
☐ ALIAS
☐ OFFENSE ON INDEX CARD

VS.
● KONSEVICH, Kenneth J.
a/k/a Ken Stevens
a/k/a Ken Jarrett

Case Filed: 8 / 06 / 93
No. of Def's: 6
Docket No. 93-00047
U.S. MAG. CASE NO.

### I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS |
|---|---|---|
| 18:371 | Conspiracy to Commit Mail Fraud & Wire Fraud (Ct 1) | 1 |
| 18:1343 | Wire Fraud (Cts 2-37) | 36 |
| 18:1341 | Mail Fraud (Ct 38) | 1 |

### II. KEY DATE

INTERVAL ONE — KEY DATE / EARLIEST OF: ☐ arrest ☐ sum'ns ☐ custody ☐ appears on complaint

END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL) — KEY DATE / APPLICABLE: ☐ Indictment filed/unsealed ☐ consent to Magr. trial on complaint ☐ Information ☐ Felony W/waiver

KEY DATE: a) ☐ 1st appears on pending charge /R40  b) ☐ Receive file R20/21  c) ☐ Supsdg: ☐ Ind ☐ Inf  d) ☐ Order New trial  e) ☐ Remand  f) ☐ G/P Withdrawn

END INTERVAL TWO — KEY DATE / APPLICABLE: ☐ Dismissal ☐ Pled guilty ☐ Nolo ☐ Trial (voir dire) ☐ Jury ☐ N.J.

1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | ☐ PTD ☐ Nolle Pros | FINAL CHARGES DISMISSED ☐ on S.T. grounds ☐ W.P. ☐ WOP

Search Warrant ☐ Issued ☐ Return
Summons ☐ Issued ☐ Served
Arrest Warrant Issued
COMPLAINT ▶
Date of Arrest
OFFENSE (In Complaint)

### III. MAGISTRATE

INITIAL APPEARANCE DATE ▶
PRELIMINARY EXAMINATION — Date Scheduled ▶
OR
☐ REMOVAL HEARING — Date Held ▶
☐ WAIVED ☐ NOT WAIVED
☐ INTERVENING INDICTMENT
Tape Number

OUTCOME:
☐ DISMISSED
☐ HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT
☐ HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW

Show last names and suffix numbers of other defendants on same indictment/information:

RULE 20 21 40

### IV. ATTORNEYS

Defense: 1 ☐ CJA  2 ☒ Ret.  3 ☐ Waived  4 ☐ Self.  5 ☐ Non/Other  6 ☐ PD.  7 ☐ CD

**US Attorney**
Jean Weld, AUSA
US Atty's Office
PO Box 480
Concord, NH
225-1552

**Deft's Address**

**Deft's Counsel**
William J. Brown
40 Allen Street
East Longmeadow, MA 01028
(413) 525-6517

### BAIL • RELEASE

**PRE-INDICTMENT**
Release Date
☐ Bail Denied
AMOUNT SET $
Date Set
☐ Bail Not Made
Date Bond Made

**POST-INDICTMENT**
Release Date
☐ Bail Denied
AMOUNT SET $
Date Set
☐ Bail Not Made
Date Bond Made

| FINE AND RESTITUTION PAYMENTS | | | Docket Entries Begin On Reverse Side | | |
|---|---|---|---|---|---|
| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
| | | | | | |

APPEALS FEE PAYMENT

```
AO 256
(Rev. 2/86)
```

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| CRIMINAL DOCKET — U.S. District Court | | | | | (LAST, FIRST, MIDDLE) VS. | | Case Filed | Docket No. |
| PO ☐ | 0102 | 01 | 0208 | ☐ WRIT | | | Mo. Day Yr. | |
| Misd. ☐ | Assigned | | Disp./Sentence | ☐ JUVENILE | ● D'INNOCENZO, RICHARD | | 8 06 93 | 93-00047 |
| Felony ☒ | District | Off | Judge/Magistr. | ☐ ALIAS OFFENSE ON INDEX CARD | | | No. of 6 Def's | U.S. MAG. CASE NO. |

### I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. NG |
|---|---|---|---|
| 18:371 | Conspiracy to Commit Mail Fraud & Wire Fraud (Ct 1) | 1 | |
| 18:1343 | Wire Fraud (Cts 2-37) | 36 | |
| 18:1341 | Mail Fraud (Ct 38) | 1 | |

SUPERSEDING COUNTS

### II. KEY DATE

INTERVAL ONE — KEY DATE — EARLIEST OF:
- ☐ arrest
- ☐ sum'ns
- ☐ custody
- ☐ appears-on complaint

END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL) — KEY DATE — APPLICABLE:
- ☐ Indictment filed/unsealed
- ☐ consent to Magr. trial on complaint
- ☐ Information
- ☐ Felony-W/waiver

KEY DATE:
- a) ☐ 1st appears on pending charge /R40
- b) ☐ Receive file R20/21
- c) ☐ Supsdg ☐ Ind ☐ Inf
- d) ☐ Order New trial
- e) ☐ Remand  f) ☐ G/P Withdrawn

END INTERVAL TWO — KEY DATE — APPLICABLE:
- ☐ Dismissal
- ☐ Pled guilty / Aft
- ☐ Nolo / Aft
- ☐ Trial (voir dire) ☐ Jury ☐ N.J.

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | ☐ PTD ☐ Nolle ☐ Pros. | FINAL CHARGES DISMISSED ☐ on S.T. grounds ☐ W.P. ☐ WOP |

### III. MAGISTRATE

| | DATE | INITIAL/NO. | | INITIAL/NO. | OUTCOME: |
|---|---|---|---|---|---|
| Search Warrant { Issued / Return | | | INITIAL APPEARANCE DATE ▶ | | ☐ DISMISSED |
| | | | PRELIMINARY EXAMINATION { Date Scheduled ▶ | | ☐ HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT |
| Summons { Issued / Served | | | OR ☐ REMOVAL HEARING  Date Held ▶ | | ☐ HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW |
| Arrest Warrant Issued | | | ☐ WAIVED ☐ NOT WAIVED | Tape Number | |
| COMPLAINT ▶ | | | ☐ INTERVENING INDICTMENT | | |
| Date of Arrest | OFFENSE (In Complaint) | | | | |

Show last names and suffix numbers of other defendants on same indictment/information:

RULE ☐ 20 ☐ 21 ☐ 40 In

### IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

ATTORNEYS — U.S. Attorney or Asst.

Defense: 1 ☒ CJA   2 ☐ Ret.   3 ☐ Waived   4 ☐ Self.   5 ☐ Non/Other.   6 ☐ PD.   7 ☐ CD

| US Attorney | Deft's Address | Deft's Counsel |
|---|---|---|
| Jean Weld, AUSA<br>US Atty's Office<br>P O Box 480<br>Concord, NH<br>225-1552 | | Steven B. Goss<br>PO Box 7055<br>Loudon, NH 03301<br>798-5177 |

BAIL ● RELEASE
PRE-INDICTMENT

Release Date
☐ Bail Denied
AMOUNT SET
$
Date Set
☐ Bail Not Made
Date Bond Made

POST-INDICTMENT

Release Date
☐ Bail Denied
AMOUNT SET
$
Date Set
☐ Bail Not Made
Date Bond Made

| FINE AND RESTITUTION PAYMENTS | | | Docket Entries Begin On Reverse Side | | |
|---|---|---|---|---|---|
| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |

APPEALS FEE PAYMENT

AO 256 (Rev. 2/86)

**CRIMINAL DOCKET** — U.S. District Court

PO: 0102 01 0208
Misd. ☐
Felony ☒

Assigned / Disp./Sentence
District / Off / Judge/Magistr.

☐ WRIT  ☐ JUVENILE  ☐ ALIAS
VS.
● BUDREAU, JAMES ROLAND

Case Filed: Mo. 8 / Day 06 / Yr. 93
No. of Def's: 6
Docket No. 93-00047
U.S. MAG. CASE NO.

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS |
|---|---|---|
| 18:371 | Conspiracy to Commit Mail Fraud & Wire Fraud (Ct 1) | 1 |
| 18:1343 | Wire Fraud (Cts 2-37) | 36 |
| 18:1341 | Mail Fraud (Ct 38) | 1 |

SUPERSEDING COUNTS

## II. KEY DATE

INTERVAL ONE — KEY DATE / EARLIEST OF: ☐ arrest ☐ sum'ns ☐ custody ☐ appears on complaint

END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL) — KEY DATE / APPLICABLE: ☐ Indictment filed/unsealed ☐ consent to Magr. trial on complaint ☐ Information ☐ Felony-W/waiver

KEY DATE:
a) ☐ 1st appears on pending charge /R40
b) ☐ Receive file R20/21
c) ☐ Supsdg ☐ Ind ☐ Inf
d) ☐ Order New trial
e) ☐ Remand  f) ☐ G/P Withdrawn

END INTERVAL TWO — KEY DATE / APPLICABLE: ☐ Dismissal ☐ Pled guilty ☐ Nolo ☐ Trial (voir dire) ☐ Jury ☐ N.J.

1st appears with or waives counsel / ARRAIGNMENT / 1st Trial Ended / RE-TRIAL / 2nd Trial Began / DISPOSITION DATE / SENTENCE DATE / ☐ PTD ☐ Nolle Pros. / FINAL CHARGES DISMISSED ☐ on S.T. grounds ☐ W.P. ☐ WOP

## III. MAGISTRATE

Search Warrant: ☐ Issued ☐ Return
Summons: ☐ Issued ☐ Served
Arrest Warrant Issued
COMPLAINT ▶
Date of Arrest / OFFENSE (In Complaint)

INITIAL APPEARANCE DATE ▶
PRELIMINARY EXAMINATION: Date Scheduled ▶ / ☐ REMOVAL HEARING / Date Held ▶
☐ WAIVED  ☐ NOT WAIVED
☐ INTERVENING INDICTMENT
Tape Number

OUTCOME:
☐ DISMISSED
☐ HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT
☐ HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW

RULE 20 / 21 / 40

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

Defense: 1 ☐ CJA  2 ☐ Ret.  3 ☐ Waived  4 ☐ Self  5 ☐ Non/Other  6 ☐ PD  7 ☐ CD

**US Attorney**
Jean Weld
US Atty's Office
PO Box 480
Concord, NH
225-1552

**Deft's Address**

**Deft's Counsel**
Glenn G. Geiger, Jr.
PO Box 6147
Penacook, NH 03303
753-4381

BAIL ● RELEASE

PRE-INDICTMENT
Release Date
☐ Bail Denied
AMOUNT SET $
Date Set
☐ Bail Not Made
Date Bond Made

POST-INDICTMENT
Release Date
☐ Bail Denied
AMOUNT SET $
Date Set
☐ Bail Not Made
Date Bond Made

FINE AND RESTITUTION PAYMENTS

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |

Docket Entries Begin On Reverse Side

APPEALS FEE PAYMENT

**CRIMINAL DOCKET · U.S. District Court**

| PO | 0102 01 0208 | | | | US vs. SPYLIOS, TIMOTHY a/k/a Tim Ryan | Case Filed: 8 / 06 / 93 | Docket No. 93-00047 |

Assigned / Disp./Sentence
Felony ☒  District  Off  Judge/Magistr.
☐ WRIT  ☐ JUVENILE  ☐ ALIAS
OFFENSE ON INDEX CARD
No. of Def's: 6

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS |
|---|---|---|
| 18:371 | Conspiracy to Commit Mail Fraud & Wire Fraud (Ct 1) | 1 |
| 18:1343 | Wire Fraud (Cts 2-37) | 36 |
| 18:1341 | Mail Fraud (Ct 38) | 1 |

## II. KEY DATE

INTERVAL ONE — KEY DATE / EARLIEST OF: arrest, sum'ns, custody, appears on complaint

END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL) — KEY DATE / APPLICABLE: Indictment filed/unsealed, consent to Magr. trial on complaint, Information, Felony W/waiver

KEY DATE — a) 1st appears on pending charge /R40  b) Receive file R20/21  c) Supsdg Ind Inf  d) Order New trial  e) Remand  f) G/P Withdrawn

END INTERVAL TWO — KEY DATE / APPLICABLE: Dismissal, Pled guilty, Nolo, Trial (voir dire), Jury / N.J.

1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | PTD, Nolle Pros. | FINAL CHARGES DISMISSED on S.T. grounds ☐ W.P. ☐ WOP

## III. MAGISTRATE

Search Warrant: Issued / Return
Summons: Issued / Served
Arrest Warrant Issued
COMPLAINT

INITIAL APPEARANCE DATE
PRELIMINARY EXAMINATION / REMOVAL HEARING — Date Scheduled OR Date Held
☐ WAIVED  ☐ NOT WAIVED  Tape Number
☐ INTERVENING INDICTMENT

OUTCOME: ☐ DISMISSED  ☐ HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT  ☐ HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW

Date of Arrest | OFFENSE (In Complaint)

Show last names and suffix numbers of other defendants on same indictment/information:

RULE 20 21 40

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

ATTORNEYS — U.S. Attorney or Asst.

Defense: 1 ☒ CJA  2 ☐ Ret.  3 ☐ Waived  4 ☐ Self.  5 ☐ Non/Other  6 ☐ PD  7 ☐ CD

| US Attorney | Deft's Address | Deft's Counsel |
|---|---|---|
| Jean Weld, AUSA<br>US Atty's Office<br>PO Box 480<br>Concord, NH<br>225-1552 | | Jonathan Saxe<br>RFD 10, Box 157<br>Dover Road<br>Concord, NH 03301<br>224-4220 |

BAIL · RELEASE

PRE INDICTMENT
Release Date | Bail Denied | AMOUNT SET $ | Date Set | ☐ Bail Not Made | Date Bond Made
☐ Fug  ☐ Per  ☐ PSA  Conditions  ☐ 10%  ☐ Surety  ☐ Coll  ☐ 3rd  ☐ Other

POST-INDICTMENT
Release Date | Bail Denied | AMOUNT SET $ | Date Set | ☐ Bail Not Made | Date Bond Made
☐ Fug  ☐ Per  ☐ PSA  Conditions  ☐ 10%  ☐ Surety  ☐ Coll  ☐ 3rd  ☐ Other

APPEALS FEE PAYMENT

FINE AND RESTITUTION PAYMENTS | Docket Entries Begin On Reverse Side

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |

AO 256A
Case 1:93-cr-00047-PB   Document 229   Filed 07/21/93   Page 7 of 16
MASTER DOCKET
UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    U.S. vs  Farris, et al
93-47-01-0
Yr. | Docket No

| DATE 1993 | (Document No.) | PROCEEDINGS (continued) | V. EXCLUDABLE (a) | (b) |
|---|---|---|---|---|
| Jul 21 | 1 | INDICTMENT returned (Secret til 1st app) | | ALL |
| | 2 | PRAECIPE for Warrant | | Farris # |
| | 3 | PRAECIPE for Warrant | | Tusia #2 |
| | 4 | PRAECIPE for Warrant | | Konsevic |
| | 5 | PRAECIPE for Warrant | | D'Innocenz |
| | 6 | PRAECIPE for Warrant | | Budreau |
| | 7 | PRAECIPE for Warrant | | Spylios |
| 22 | | WARRANTS issd for defts 1-6 | | ALL |
| Aug 2 | 8 | PETITION for Writ of HCAP | | Konsevic |
| | | Writ of HCAP issd to USM | | |
| 6 | 9 | COURTROOM MINUTES, WHB (Taped 4-1:497-544) BAIL/INITIAL APPEARANCE. Arraignment scheduled for 8/18/93, 9AM; deft to get cnsl, apptmt denied, bail contd as set in TN | | Farris # |
| | 10 | Financial Declaration | | Farris # |
| | 10A | Warrant w/USM's Return | | Farris # |
| | 11 | REMOVAL ORDER from Western District of TN (COPY) | | Farris # |
| | 12 | COURTROOM MINUTES, WHB (Taped 4-1: 544-641; 4-2: 0-1) FIRST APPEARANCE: Deft says William Brown, Esq., East Longmeadow, MA is his cnsl; deft in custody; arraignment to be scheduled w/cnsl; no bail set at this time; deft in MA custody | | Konsevic |
| | 13 | COURTROOM MINUTES, WHB (Taped 4-1:246-497) BAIL/ARRAIGNMENT: Deft waives reading of indictment; cts 1-37 NG; ct 38 NG; Bail $10,000 w/o surety; deft's travel restricted to NH, MA; passport to be surrendered; telephone pretrial services Weds before 12:00 Noon; deft to be tried by 10/15/93; two week trial period beg 10/5/93 (5 days) | | D'Innocenz |
| | 14 | PRETRIAL ORDER (JGB)(EOD 8/6/93) cc Trial: wks of 10/5-11/93 Prel/disc mots: 8/16/93; objs: 8/26/93 Disp/Evid mots: 9/14/93; objs: 9/24/93 If evid hrg req; will be held wk of 9/27/93 | | D'Innocenz |
| | 15 | APPEARANCE BOND, WHB | | D'Innocenz |

AO 256A  Case 1:93-cr-00047-PB  Document 229  Filed 07/21/93  Page 8 of 16
-2-
UNITED STATES DISTRICT COURT
CRIMINAL DOCKET                USA v. Farris, et al

| DATE 1993 | (Document No.) | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |||| 
|---|---|---|---|---|---|---|
| | | | (a) | (b) | (c) | (d) |
| Aug 6 | 16 | ORDER SETTING CONDITIONS OF RELEASE, WHB | | D'Innocenzo #4 | | |
| | * 17 | APPOINTMENT OF COUNSEL - Steven Bryant Goss | | D'Innocenzo #4 | | |
| 9 | 18 | REMOVAL ORDER from Western District of TN (COPY) | | FARRIS #1 | | |
| | 19 | Warrant w/USM's Return | | D'Innocenzo | #4 | |
| | 20 | Warrant w/USM's Return | | Konsevich #3 | | |
| | 21 | REMOVAL ORDER from Western Dist of TN (original) | | Farris #1 | | |
| 10 | 21A | Writ of HCAP w/USM's Return | | Konsevich #3 | | |
| 12 | * 22 | COURTROOM MINUTES, WHB (Tape S-689, 3672-3810) ARRAIGNMENT: deft waived reading of indict; Cts 1-38 NG; Bail $10,000 w/o surety; travel restrictions to NH, MA, CT; weekly call to USP before 12:00 Noon Weds; surrender passport Trial: 10/5/93 (3 days) | | Budreau #5 | | |
| | 23 | Financial Declaration (Approved, WHB) | | Budreau #5 | | |
| | 24 | ORDER SETTING CONDITIONS OF RELEASE, WHB | | Budreau #5 | | |
| | 25 | APPEARANCE BOND, WHB | | Budreau #5 | | |
| | 26 | PRETRIAL ORDER, JGB (EOD 8/13/93) cc Trial: 10/5-11 (3 days); prel/disc mots: 8/23/93; objs: 9/2/93; disp/evid mots: 9/14/93; objs: 9/24/93; evid hrg: wk of 9/27/93 | | Budreau #5 | | |
| | 27 | COURTROOM MINUTES, WHB (Tape S-689, 4008-4096) ARRAIGNMENT: deft waived reading of indict; Cts 1-38 NG; Bail: deft in custody; Trial 10/5/93 | | Konsevich #3 | | |
| | * 28 | APPEARANCE for deft by William J. Brown | | Konsevich #3 | | |
| | 29 | PRETRIAL ORDER, JGB (EOD 8/13/93) cc Trial: 10/5-11 (3 days) Prel/disc mots: 8/23/93; objs: 9/2/93 Disp/evid mots: 9/14/93; objs: 9/24/93 Evid hrg: wk of 9/27/93 | | Konsevich #3 | | |
| | * 30 | APPOINTMENT OF COUNSEL - Glenn G. Geiger, Jr. | | Budreau #5 | | |
| 13 | 31 | Financial Declaration | | Spylios #6 | | |
| | * 32 | APPOINTMENT OF COUNSEL - Jonathan Saxe | | Spylios #6 | | |
| | 33 | ORDER SETTING CONDITIONS OF RELEASE, WHB | | Spylios #6 | | |
| | X 34 | APPEARANCE BOND, WHB | | Spylios #6 | | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

| DATE 1993 | (Document No.) | PROCEEDINGS (continued) | V. EXCLUDABLE (a) (b) |
|---|---|---|---|
| Aug 13 | 35 | PRETRIAL ORDER, JGB (EOD 8/13/93) cc<br>Trial: 10/5-11 (3 days)<br>Prel/disc: 8/23/93; objs: 9/2/93<br>Disp/evid mots: 9/14/93; objs: 9/24/93<br>Evid hrg wk of 9/27/93 | Spylios # |
|  | 36 | COURTROOM MINUTES, WHB (Tape 689, 4402-4569)<br>ARRAIGNMENT/BAIL HEARING: deft waived reading of indict; Cts 1-38 NG; Bail: $10,000 w/o surety; travel restricted to NH, MA; surrender passport; call USP Mondays before 12:00 Noon<br>Trial: 10/5 | Spylios # |
| 16 | 37 | Deft's MOTION to Extend Time to 8/25/93 to File Preliminary Discovery Motions and to 9/4/93 for Govt to file its Responses w/assent | Budreau # |
|  | 37A | Deft's MOTION to File Additional Motions and Memos | D'Innocen |
|  | 38 | Deft's MOTION for Discovery | D'Innocen |
|  | 39 | Deft's MOTION for Disclosure of All Confidential Informations Including Co-Defendant Informants | D'Innocen |
|  | 40 | Deft's MOTION for Bill of Particulars | D'Innocen |
|  | 41 | Deft's MOTION to Compel Govt to State Whether It Intends to Offer Evidence Under Rules 803(24) and 804(5) | D'Innocen |
|  | 41A | Deft's MOTION to Adopt and Join in Motions and Memos of Co-Defts | D'Innocen |
|  | 42 | Deft's MOTION to Compel Disclosure of Existence and Substance of Promises of Immunity, Leniency or Preferential Treatment | D'Innocen |
|  | 43 | ORDER RE Reimburse of Attys Fees, WHB cc<br>Deft to pay $250/mo | Spylios # |
| 17 | 44 | Deft's MOTION to Continue Arraignment | Farris #1 |
|  | 45 | Warrant w/USM's Return | Budreau # |
|  | 46 | Warrant w/USM's Return | Spylios # |
|  | 47 | ORDER, WHB (EOD 8/17/93) cc<br>#44 denied | Farris #1 |
|  | 48 | ORDER, WHB (EOD 8/17/93) cc<br>#37 granted | Budreau # |
| 18 | 49 | COURTROOM MINUTES, WHB (Taped S-689: 4975-5045, 5045-5295)<br>ARRAIGNMENT: deft waived reading of indict. Deft pled NG to Cts 1-38. If deft was previously ordered to contact USP, that order is stricken. Trial: 10/5/93 | Farris #1 |

AO 256A
Case 1:93-cr-00047-PB   Document 229   Filed 07/21/93   Page 10 of 16
UNITED STATES DISTRICT COURT
CRIMINAL DOCKET                                          FARRIS, ET AL
MASTER DOCKET
93-47-01-06-B
- 4 -

| DATE 1993 | (Document No.) | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|---|
| Aug 18 | 50 | Govt's RESPONSE to deft's discovery motions | | D'Innocenzo | #4 | |
| | 51 | APPEARANCE for deft by Gary S. Lenehan, Esq. | | Farris #1 | | |
| | 52 | PRETRIAL ORDER, DE-P (EOD 8/19/93) cc<br>Trial: 10/5; Final pretrial: 9/23, 9:30<br>Prel/disc mots: 8/30/93; objs: 9/8/93<br>Disp/evid mots: 9/14/93; objs: 9/24/93<br>Evid hrg if necessary wk of 9/27 | | Farris #1 | | |
| 25 | 53 | Deft's MOTION for Discovery and to Require Govt to Disclose All Exculpatory Evidence | | Budreau #5 | | |
| | 54 | Deft's MOTION for Bill of Particulars | | Budreau #5 | | |
| | 55 | Deft's MOTION for Exculpatory Evidence and Disclosure of Promises, Rewards and Inducements | | Budreau #5 | | |
| | 56 | Deft's MOTION for Disclosure of Confidential Informants and Cooperating Co-Dfts/Co-Conspirators | | Budreau #5 | | |
| | 57 | Deft's MOTION for Disclosure of Statements and Confessions of Co-Dfts/Conspirators | | Budreau #5 | | |
| | 58 | Deft's MOTION for Disclosure of Bad Acts | | Budreau #5 | | |
| | 59 | Deft's MOTION for Notice pursuant to FRCRP 12(d)(2) | | Budreau #5 | | |
| 30 | 60 | Deft's MOTION for Ordering of Govt's Proof or for Separate Hearing to Determine Existence on Conspiracy for Invocation of Rule Rule 801 | | Farris #1 | | |
| | 61 | Deft's MOTION for Severance | | Farris #1 | | |
| | 62 | Deft's MOTION to File Additional Discovery Motions Upon Completion of Discovery | | Farris #1 | | |
| | 63 | Deft's MOTION for Leave to File Suppression and Dismissal Motions Upon Completion of Discovery | | Farris #1 | | |
| | 64 | Deft's MOTION for Discovery and Disclosure | | Farris #1 | | |
| | 65 | Deft's MOTION for Bill of Particulars | | Farris #1 | | |
| | 66 | Deft's MOTION to Preserve Govt's Notes and Tape Recordings and Produce with Points and Authorities | | Farris #1 | | |
| | 67 | Deft's MOTION to Disclose Identities of Govt Agents | | Farris #1 | | |
| | 68 | Deft's MOTION for Names and Addresses of Witnesses | | Farris #1 | | |

| | | | | MASTER DOCKET |
|---|---|---|---|---|
| UNITED STATES DISTRICT COURT<br>CRIMINAL DOCKET   U.S. vs<br>AO 256A | | FARRIS, ET AL | | 93-47-B<br>- 5 -<br>Yr. \| Docket No. |

| DATE<br>1993 | PROCEEDINGS (continued)<br>(Document No.) | | V. EXCLUDABLE DE<br>(a) \| (b) \| (c) |
|---|---|---|---|
| Aug 30 | 69 | Deft's MOTION for Early Disclosure of Jencks Act Material | Farris #1 |
| | 70 | Deft's MOTION for Production of Statements and Reports of Statements | Farris #1 |
| | 71 | Deft's MOTION for Leave for Late Filing of Deft's MOTION for Issuance of Subpoenas for Production | Farris #1 |
| | 72 | Deft's MOTION in Limine RE Other Bad Acts | Farris #1 |
| | 73 | Deft's MOTION to Adopt Pleadings of Co-Defts | Farris #1 |
| | 74 | Deft's MOTION (Preliminary) for Discovery Pursuant to F. R. Cr. P. 16 | Farris #1 |
| | 75 | Deft's MOTION for Governmental Notice Pursuant to F. R. Cr. P. 12(d)(2) | Farris #1 |
| Sep 3 | 76 | MEMO RE Pretrial Violation | Budreau #5 |
| | 76A | Govt's MOTION to Extend Deadline for Filing Responses to Defendant's Preliminary Motions for Discovery 9/7 | Budreau #5 |
| 7 | 77 | Govt's RESPONSE to Deft's Motion for Discovery and Exculpatory Evidence | Budreau #5 |
| | 78 | Govt's Omnibus RESPONSE to Deft's Motions for Disclosure of Statements and Confessions Disclosure of Bad Acts, Notice Pursuant to F.R.C.P. 12(d)(2), Exculpatory Evidence and Confidential Informants | Budreau #5 |
| | 79 | Govt's RESPONSE to Deft's Motion for a Bill of Particulars | Budreau #5 |
| | 80 | ORDER, WHB (EOD 9/8/93) cc<br>#37A gr; #41A gr; #38 gr; #42 denied; #41 gr; #39 moot, #40 denied | D'Innocenzo |
| 8 | | END. ORDER, PB (EOD 9/8/93) cc<br>#76 approving recommendation | Budreau #5 |
| | | Warrant issued | Budreau #5 |
| | 81 | Govt's MOTION to Extend Deadline for Filing Responses to Deft's Preliminary Motions to 9/10/93 | Farris #1 |
| 10 | 82 | Govt's Omnibuse RESPONSE to Deft's Preliminary Motions filed 8/30/93 | Farris #1 |

Interval (per Section II) | Start Date / End Date | Ltr. Code

Case 1:93-cr-00047-PB  Document 229  Filed 07/21/93  Page 12 of 16

MASTER DOCKET
Cr.93-47-01-06-
Page 6

UNITED STATES DISTRICT COURT    FARRIS, et al
CRIMINAL DOCKET
AO 256A

| DATE 1993 | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|
| Sep 13 | 83  MOTION to File Discovery Motions Late | Konsevich-3 |
|  | 83A Deft's MOTION for Discovery | Konsevich #3 |
| 14 | 84  Deft's MOTION to Strike Aliases from Caption and Body of Indictment | D'Innocenzo-4 |
|  | 85  Deft's MOTION for Leave to Join in Motions and Memos filed by Co-Defts | Budreau #5 |
|  | 86  Deft's MOTION for Leave to File Additional Motions Late | Budreau #5 |
|  | 87  Deft's MOTION in Limine RE Other Bad Acts | Budreau #5 |
|  | 88  Deft's MOTION in Limine RE Co-Conspirator's Statements F.R.E. 801(d)(2)(E) w/request for a pretrial hearing w/memo | Budreau #5 |
|  | 89  Deft's MOTION for Severance | Budreau #5 |
| 16 | 90  ORDER, WHB (EOD 9/17/93) cc #76A, moot | Budreau #5 |
|  | 91  ORDER, WHB (EOD 9/17/93) cc #81, moot | Farris #1 |
|  | 92  ORDER, WHB (EOD 9/17/93) cc #53, granted/denied #54, denied #57, denied #58, denied #59, granted #55, granted/denied #56, denied | Budreau #5 |
|  | 93  ORDER, WHB (EOD 9/17/93) cc #62, denied    #74, granted #63, granted   #75, granted #64, granted/denied #72, denied #65, denied    #73, granted #66, denied    #71, denied #67, denied #68, granted #69, moot #70, granted | Farris #1 |
| 17 | 94  Govt's RESPONSE to Deft's Motion for Discovery | Konsevich #3 |
|  | 95  Govt's OMNIBUS RESPONSE to Deft's dispositive motions | Budreau #5 |
| 20 | 96  RULE 40 Papers from USDC-MA (Springfield) including new bail papers-non-surety $10,000 | Budreau #5 |

AO 256A
Case 1:93-cr-00047-PB  Document 229  Filed 07/21/93  Page 13 of 16
UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    U.S. vs
FARRIS, ET AL
MASTER DOCK
93-47-01-0
- 7 -
Yr. | Docket No

| DATE 1993 | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE (a) \| (b) |
|---|---|---|
| Sept 24 | 97   FINAL PRETRIAL ORDER, PB (EOD 9/24/93) cc<br>Jury selection: 10/5 9:30AM; Wit lists, jury instructions, voir dire, exh lists by 9/28; mots in limine: 9/28, objs: 10/5; mots pursuant to Rule 404(b): 9/28, objs: 10/5 | FARRIS #1<br>KONSEVICH<br>D'INNOCENZ<br>BUDREAU #<br>SPYLIOS # |
|  | END. ORDER, PB (EOD 9/28/93) cc<br>#83A gr | KONSEVICH |
|  | END. ORDER, PB (EOD 9/28/93) cc<br>#85 gr | BUDREAU # |
|  | END. ORDER, PB (EOD 9/28/93) cc<br>#87 denied w/o prejudice | BUDREAU # |
| 27 | END. ORDER, PB (EOD 9/28/93) cc<br>#83 gr | KONSEVICH |
|  | END. ORDER, PB (EOD 9/28/93) cc<br>#84 gr | D'INNOCENZ |
|  | END. ORDER, PB (EOD 9/28/93) cc<br>#86 gr | BUDREAU # |
|  | 98   SUPERSEDING INFORMATION | SPYLIOS # |
| 28 | 99   WARRANT w/USM's Return | BUDREAU # |
|  | 100  Govt's WITNESS List | D'INNOCENZ<br>BUDREAU # |
|  | 101  Deft's MOTION in Limine to Exclude Evidence of Deft's Prior Conviction | D'INNOCENZ |
|  | 102  COURTROOM MINUTES, PB (Diane Churas, Ct Rptr) PRETRIAL VIOLATION HEARING. Deft's bail should not be revoked at this time. Deft to remain at home at all times except to go to work and to attend regular AA mtgs. Order to issue | BUDREAU # |
|  | 103  AMENDED Order Setting Conditions of Release PB cc | BUDREAU # |
|  | 104  Govt's Notice Pursuant to Rule 404(b) | D'INNOCENZ |
|  | 105  Govt's MOTION in Limine | D'INNOCENZ |
|  | 106  AMENDED Superseding Information | SPYLIOS # |
|  | 107  Govt's REQUEST for Jury Instructions | D'INNOCENZ |
|  | 107.5  ORDER, PB, cc eod 9/30/93<br>re additional conditions outlined | BUDREAU |

AO 256A  
UNITED STATES DISTRICT COURT  
CRIMINAL DOCKET

Case 1:93-cr-00047-PB   Document 229   Filed 07/21/93   Page 14 of 16

USA v. FARRIS, ET AL

MASTER DOCKET  
93-47-01-06-B

- 8 -

| DATE 19__ | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| Sept 28 | 108  ORDER, PB (EOD 9/29/93) cc<br>#88, den; #89 den<br>#60, den; #61 den | | BUDREAU #5<br>FARRIS #1 | | |
| 29 | 109  PETITION for Writ of Habeas Corpus Ad Test | | D'INNOCENZO | #4 | |
| | Writ of HCAT issd | | D'INNOCENZO | #4 | |
| | 110  Govt's MOTION to Dismiss Counts of the Indictment | | D'INNOCENZO | #4 | |
| 30 | *111  SUPERSEDING INFORMATION - Budreau | | BUDREAU | | |
| 30 | 112  ADDEND. to Govt's MOTION in Limine (#105) | | D'INNOCENZO | #4 | |
| Oct 1 | 113  Govts Amended **WITNESS LIST** | | D'INNOCENZO | #4 | |
| | *114  **CTRM MINUTE SHEET**, PB (Ct Rptr - SL)<br><u>Waiver of Indictment/Plea to Information:</u><br>Deft sworn. Waiver executed by deft and filed.<br>Plea to information - reading waived - plea<br>of guilty accepted and entered by the court.<br>Deft to be sentenced 1/3/94 11:00 a.m. Deft<br>to remain in custody. | | KONSEVICH | #3 | |
| | 115  **WAIVER** of Indictment | | KONSEVICH | #3 | |
| | 116 ♦ **SUPERSEDING INFORMATION** | | KONSEVICH | #3 | |
| | 117  **PLEA AGREEMENT** | | KONSEVICH | #3 | |
| | *118  **PROCEDURAL ORDER**, jgb (EOD 10/9/93) cc<br>Sentencing 1/3/94 11:00 a.m. | | KONSEVICH | #3 | |
| | *119  **CTRM MINUTE SHEET**, PB (Ct Rptr - SL)<br><u>Waiver of Indictment/Plea to Information:</u><br>Deft sworn. Waiver executed by deft and filed.<br>Plea of guilty accepted and entered by court.<br>Reading of information waived. Deft to be<br>sentenced 1/3/94 2:00 p.m. Bail continued as<br>previously set. | | BUDREAU #5 | | |
| | 120  **WAIVER** of Indictment | | BUDREAU #5 | | |
| | 121  **PLEA AGREEMENT** | | BUDREAU #5 | | |
| | *122  **PROCEDURAL ORDER**, jgb (EOD 10/9/93) cc<br>Sentencing 1/3/94 2:00 p.m. | | BUDREAU #5 | | |
| | *123  **CTRM MINUTE SHETT**, PB (Ct Rptr - DC)<br>Change of Plea: Deft sworn. Plea to Ct. 1<br>of indictment guilty. Reading of indictment<br>waived. Plea accepted and entered by Court.<br>Sentencing 1/3/94 10:00 a.m. Bail contd. | | FARRIS #1 | | |

AO 256A  Case 1:93-cr-00047-PB   Document 229   Filed 07/21/93   Page 15 of 16

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET       U.S. vs       Farris, et al.

MASTER DOC
CR.93-47-
-9-
Yr. | Docket No

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE (a) (b) |
|---|---|---|
| **1993** | | |
| Oct 1 | *124 **PROCEDURAL ORDER**, jgb (EOD 10/9/93) cc Sentencing 1/3/94 at 10:00 a.m. | FARRIS #1 |
| | 125 **PLEA AGREEMENT** | FARRIS #1 |
| Oct 4 | 126 **REDACTED INDICTMENT** | D'INNOCENZO |
| | 127 Govts Second Amended **WITNESS LIST** | D'INNOCENZO |
| | 128 Stipulated **EXHIBITS** | D'INNOCENZO |
| | 129 Defts **OBJECTION** to Govts Proposed Use of Rule 404(b) Evidence | D'INNOCENZO |
| | 130 Govts **MEMO** of Law in Support of Motion in Limine | D'INNOCENZO |
| | *131 Govts **MOTION** to Dismiss Counts 7, 16, 17 and 25 of Indictment | D'INNOCENZO |
| | *132 **CTRM MINUTE SHEET**, PB (Ct Rptr - SL) <u>Waiver of Indictment/Plea to Information</u>: Deft sworn. Court's voir dire re waiver. Waiver executed in court. Court's voir dire re plea agreement. Deft waiver reading of 2nd Amended Superseding Information. Deft pleas guilty to ct. 1 and court accepts plea. Sentencing 1/3/94 at 3:00pm Bail cont'd as previously set. | SPYLIOS #6 |
| | 133 **WAIVER** of Indictment | SPYLIOS #6 |
| | *134 Second Amended **SUPERSEDING INFORMATION** | SPYLIOS #6 |
| | 135 **PLEA AGREEMENT** | SPYLIOS #6 |
| | *136 **PROCEDURAL ORDER**, cm (EOD 10/9/93) cc Sentencing 1/3/94 3:00 p.m. | SPYLIOS #6 |
| Oct 5 | *137 **CTRM MINUTE SHEET**, PB (Ct Rptr - SL) <u>Jury Trial, Day 1</u>: Voir dire of potential jurors. Jury of 12 + 2 alternates seated and sworn. Discussions re: 404(b) evidence. Govts opening. Defts opening. Govt presents evidence. | D'INNOCENZO |
| | 138 **LIST OF JURORS** | D'INNOCENZO |
| Oct 6 | 139 **CTRM MINUTE SHEET**, PB (Ct Rptr - Tony Perkins) <u>Jury Trial, Day 2</u>: Govt's case continues. | D'INNOCENZO |

AO 256A
UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

Case 1:93-cr-00047-PB   Document 229   Filed 07/21/93   Page 16 of 16

US v. Farris, et al.

MASTER DOCKET
CR. 93-47-B
-10-

| DATE | (Document No.) | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|---|
| **1993** | | | | | | |
| Oct 6 | 140 | Defts **REQUEST** for Amendments and Additions to Govts Proposed Jury Instructions | | D'INNOCENZO #4 | | |
| Oct 7 | 141 | **CTRM MINUTE SHEET**, PB (Ct Rptr Tony Perkins) <u>Jury Trial, Day 3</u>: Govt case continues. Govt rests. Deft puts on evidence. Deft rests. | | D'INNOCENZO #4 | | |
|  | 142 | Govts **MOTION** to Strike Language in the Indictment with <u>Redacted Indictment</u> | | D'INNOCENZO #4 | | |
| 8 | *143 | **CTRM MINUTE SHEET**, PB (Ct Rptr Tony Perkins) <u>Jury Trial, Day 4</u>: Closing arguments. Court's instructions to jury. Jury retired to deliberate. Court orders lunch be brought in for jury. Jury Question #1. Jury returned with verdicts of guilty to all counts. Deft remanded to custody of USM. Sentencing 1/10/94 at 2:00 pm. | | D'INNOCENZO #4 | | |
|  | 144 | **JURY INSTRUCTIONS** | | D'INNOCENZO #4 | | |
|  | 145 | **VERDICT** | | D'INNOCENZO #4 | | |
|  | 146 | **JURY QUESTION #1** | | D'INNOCENZO #4 | | |
|  | 147 | Defts **EXHIBIT LIST** w/receipt acknowledged | | D'INNOCENZO #4 | | |
|  | 148 | Govts **EXHIBIT LIST** w/receipt acknowledged | | D'INNOCENZO #4 | | |

**ALL FURTHER ENTRIES ON CIVIL AUTOMATED DOCKETING SYSTEM.**

| 1995 | | | | | | |
|---|---|---|---|---|---|---|
| 12/1/95<br>149 | | RANDAL K. FERRIS TRANSFER OF 893.00 TO 613300 TREASURY FROM 6855XX PER ORDER BARBADORO,J. 11/30/95 UNDELIVERABLE CHECKS | | | | |
| 11/30/95<br>150 | | TIMOTHY SPYLIOS TRANSFER OF $249.00 TO 61300 TREASURY FROM 6855XX PER ORDER BARBADORO,J. 11/30/95 | | | | |